JAMES MILLER ET AL. *v.* W. B. WITHERS.

[Abstract Kentucky Law Reporter, Vol. 3—57.]

**Refusing to Permit Filing of Amended Answer.**

    The trial court does not abuse its discretion by refusing to allow

an amended answer to be filed, which was tendered a year after the original answer was filed and no reason was stated why it was not offered sooner, nothing appearing on its face to indicate that all the facts stated were not known to the pleader when the original answer was filed.

## APPEAL FROM GRAYSON CIRCUIT COURT.

### June 11, 1881.

OPINION BY JUDGE HINES:

The amended answer that the court refused to allow to be filed was not tendered until a year had elapsed from the filing of the original answer. No reason is stated why it was not offered sooner, and there is nothing on the face of the amendment to indicate that all the facts therein stated were not in the knowledge of the pleader when the original answer was prepared and filed. The court did not abuse a sound discretion in refusing to allow it to be filed. Bliss on Code Practice, § 430

The original answer does not point out any specific defect in the title except the incumbrance in favor of Smith, which was subsequently removed; nor does it allege that appellee had no title. As the evidence tends to show an acceptance of a deed of general warranty, as there has been no eviction and as there is no adverse claimant, appellant can not complain, but must accept the possessory title tendered.

Judgment affirmed.

J. S. Wortham, for appellants.

Conklin & McBeath, for appellee.